UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHREME JOEFIELD, EARL WILLIAMS, DUKE SCATLIFFE, and HASHEEM SCATLIFFE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>SEKO WORLDWIDE LLC, d/b/a SEKO LOGISTICS,<br><br>        Defendant. | No. 1:22-cv-06822-LB<br><br>**NOTICE OF CONSENT MOTION TO FINALLY APPROVE SETTLEMENT AGREEMENT, SERVICE AWARDS SETTLEMENT ADMINISTRATOR COSTS, AND ATTORNEYS' FEES AND EXPENSES** |

  **PLEASE TAKE NOTICE** that Plaintiffs Jahreme Joefield, Earl Williams, Duke Scatliffe, Hasheem Scatliffe, and Shavouy Paisley, along with Opt-In Plaintiff Kyle Jemmott, upon the accompanying Memorandum of Law, Declaration of Scott Simpson, Declaration of Edwin Gonzalez, Declaration of Lina Stillman, and accompanying exhibits, dated March 11, 2025, as well as all prior pleadings and proceedings herein, will move this Court before the Honorable Lois Bloom, United States Magistrate Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza, New York, New York, at a date and time to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b): (i) granting final approval of the parties' Settlement Agreement and Release; (ii) approving $47,500 in aggregate service awards to the Named Plaintiffs and Opt-in Plaintiff; (iii) approving awards to class counsel in the amount of $11,288.17 for case expenses and 33.33% of the settlement (or $431,666.67) in attorneys' fees' (iv) approving up to $25,000 in settlement administrative costs; and (v) entering the proposed Final Approval Order submitted herewith, together with such other relief as the Court deems just and proper, on the ground that the proposed Settlement Agreement and Release satisfies

all of the criteria for final approval. Defendant SEKO Worldwide LLC, d/b/a SEKO Logistics, has consented to this Motion.

Dated: March 11, 2025
      New York, New York

                              **MENKEN SIMPSON & ROZGER LLP**

                              /s/

                              Scott Simpson
                              Bruce E. Menken
                              Raya F. Saksouk
                              80 Pine St., 33rd Fl.
                              New York, NY 10005
                              (212) 509-1616
                              ssimpson@nyemployeelaw.com
                              bmenken@nyemployeelaw.com
                              rsaksouk@nyemployeelaw.com

                              *Attorneys for Plaintiffs and the*
                              *Conditionally Certified Class and Collective*

## **CERTIFICATION OF SERVICE**

I, Scott Simpson, hereby certify that copies of the above-referenced documents submitted in support of Plaintiffs' Motion for Final Approval were served on all counsel of record via ECF on March 11, 2025:

Charles A. DeVore
Katten Muchin Rosenman LLP
525 W. Monroe Street | Chicago, IL 60661-3693
charles.devore@katten.com

Janella T. Gholian
Katten Muchin Rosenman LLP
2121 Avenue of the Stars – Suite 1100 | Los Angeles, CA 90067-5010
janella.gholian@katten.com

Lina Stillman
Stillman Legal PC
42 Broadway, 12th Fl
New York, NY 10004
ls@stillmanlegalpc.com

Dated: March 11, 2025

                Respectfully submitted,

                /s/

                Scott Simpson
                80 Pine St., 33rd Fl.
                New York, NY 10005
                (212) 509-1616
                ssimpson@nyemployeelaw.com

                *Attorneys for Plaintiffs and the*
                *Conditionally Certified Class and Collective*